**Opinion issued May 16, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-13-00149-CR**

————————————

**EX PARTE JESUS BRAVO ESTEBAN, Applicant**

**On Appeal from the County Criminal Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1857690**

**MEMORANDUM OPINION**

Applicant, Jesus Bravo Esteban, has moved to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. The Clerk of this Court has sent a duplicate copy of the motion to the trial court clerk. *See id.*

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

Do not publish. TEX. R. APP. P. 47.2(b).